```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 18356
    JAMES N COWLEY
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-0703

-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 10/05/2007 and was confirmed 11/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/25/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------------
US CELLULAR                UNSECURED         NOT FILED          .00           .00
PUBLIC STORAGE             UNSECURED         NOT FILED          .00           .00
DIRECT TV                  UNSECURED         NOT FILED          .00           .00
CAPITAL ONE                UNSECURED           1973.51          .00           .00
CITY OF CHICAGO PARKING    UNSECURED           1090.00          .00           .00
WOW INTERNET & CABLE SER   UNSECURED         NOT FILED          .00           .00
B-REAL LLC                 UNSECURED             30.16          .00           .00
COMED                      UNSECURED         NOT FILED          .00           .00
R&R COUNTRY                UNSECURED         NOT FILED          .00           .00
R&R COUNTRY                UNSECURED         NOT FILED          .00           .00
RJM AQUISITIONS FUNDING    UNSECURED             48.39          .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,464.00                       666.72
TOM VAUGHN                 TRUSTEE                                           53.28
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE               720.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                666.72
TRUSTEE COMPENSATION                           53.28
DEBTOR REFUND                                    .00
                   ---------------        ---------------
TOTALS                720.00                  720.00


                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 18356 JAMES N COWLEY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

                                                                  PAGE   2
CASE NO. 07 B 18356 JAMES N COWLEY